UNITED STATES OF AMERICA

v.                                                    **Case No. 8:03-CR-202-T-27TGW**

VINCE PAUL McMAHON

_____/

## ORDER REVOKING AND
## REINSTATING SUPERVISED RELEASE

THIS CAUSE is before the Court on this 17th day of March, 2010, on a Petition to Revoke Supervised Release. The defendant, VINCE PAUL McMAHON, appeared with counsel, David Secular, AFPD; and Christopher Murray, AUSA, appeared for the United States of America.

The defendant did not contest the petition and the Government introduced evidence, without objection from the defendant, and testimony from Government's witness, Deputy Adam Edward Rindall. Based on the foregoing, the Court finds that the Government established, by a preponderance of the evidence, that the Defendant committed the offense of driving under the influence and therefore has violated the terms of his supervision.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby REVOKED.

2. The defendant, VINCE PAUL McMAHON, is hereby REINSTATED on Supervised Release for a term of EIGHTEEN (18) MONTHS.

3. The defendant shall participate in the Home Detention program for a period of THREE (3) MONTHS . During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

4. The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services.

5. The defendant shall perform 100 hours of community service at the direction of the Probation Officer.

6. All other terms and conditions of the Judgment dated October 20, 2003, remain the same.

DONE AND ORDERED at Tampa, Florida this  day of March, 2010.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
    -U.S. Attorney's Office
    -Defense Counsel
    -U.S. Marshal
    -U.S. Probation